# Tirelli Law Group, LLC

Westchester Financial Center
50 MAIN STREET, STE. 1265
WHITE PLAINS, NEW YORK 10606
PHONE (914)732-3222

Linda M. Tirelli*
Victoria Lehning**
Irina Lust ***
Todd Cushner ***
Alfred Hatem***

*Admitted CT, USDCCT, SDNY, EDNY and SCOTUS
**Senior Associate Admitted NY, USDC SDNY, EDNY, NDNY and SCOTUS
*** Of Counsel

July 14, 2021

Judge Sean H. Lane
United States Bankruptcy Judge
United States Bankruptcy Court
300 Quarropas Street
White Plains, New York 10601

**Re.: Notice of Adjournment for
Chistopher Rocco Gizzo  Chapter 13 Debtor
S.D.N.Y. Case No.: 19-22051-shl**

Dear Hon. Judge Lane:

This law office represents the Debtors, **Christopher Rocco Gizzo**, in regard to the filing of a Chapter 13 bankruptcy.

On consent of the parties and the Court, all matters in this case scheduled for **July 20, 2021 at 10:00 AM**, have been adjourned to **September 15, 2021 at 10:00 AM.**  Please be advised that a status report is to be filed on or before September 8, 2021.  At this time all hearings before Judge Lane are to be held telephonically.  Please register with Court solutions prior to the hearing date.  This adjournment has been made pursuant to a conversation with Ms. Tracey Mercado.

Thank you for your kind attention to this matter.  Please do not hesitate to contact this office should you have any questions or concerns.

Cordially,
*/s/ Victoria Reilly Lehning*
Victoria Reilly Lehning, Esq.
Senior Associate

VRL/ms
cc: Krista M. Preuss, Chapter 13 Trustee *via email* kpreuss@ch13kp.com
    Jenelle Arnold, Esq. *via email* jarnold@aldridgepite.com